COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER

Appellate case name:        Ryan C. Carlson v. Wells Fargo Bank, NA

Appellate case number:      01-18-00802-CV

Trial court case number:    17-CV-1558

Trial court:                212th District Court of Harris County

      This case was abated and remanded to the trial court for the trial court to hold a hearing pursuant to Rule 20.1(b)(3)(B) of the Texas Rules of Appellate Procedure. On May 9, 2019, the court reporter filed a reporter's record of the trial court's hearing on appellant's indigency status. On May 10, 2019, the trial court filed a supplemental clerk's record, finding that appellant is not indigent. Accordingly, we **REINSTATE** this case on the Court's active docket. After considering the trial court's findings and the record of the trial court's hearing, we **deny** appellant's motion for reconsideration of his request for indigency status. *See* TEX. R. APP. P. 20.1(b)(3)(B).

Judge's signature: ___/s/ Sherry Radack_____
          ☒ Acting individually     ☐ Acting for the Court

Date: _May 30, 2019_____